No. 108. NEBRASKA EX REL. BEATRICE CREAMERY Co. *v.* MARSH, SECRETARY OF STATE.

Jurisdictional statement submitted October 13, 1930. Decided October 20, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Kansas City Ry. Co.* v. *Kansas,* 240 U. S. 227; *Cream of Wheat Co.* v. *County of Grand Fork,* 253 U. S. 325. *Mr. T. S. Allen* for appellant. *Mr. C. A. Sorensen* for appellee.